# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:  Philip Butler Groggins | CASE NO. 14-71033 |
| Debtor(s) | CHAPTER  13 |

**ORDER DISMISSING CASE PURSUANT TO 11 USC §109(g)**

Upon motion of  the court  to dismiss this case, it is

O R D E R E D

that this case and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, are hereby **DISMISSED** pursuant to 11 U.S.C. § 109(g)(1) upon a finding that the Debtor has willfully failed to abide by orders of the Court, and/or has willfully failed to appear before the Court in proper prosecution of this case. It is further ORDERED that this Debtor is hereby barred from filing any new petition in bankruptcy in this Court for a period of one hundred eighty (180) days following the date of this Order.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period.  <u>If the Discharge Order has been issued, the same is rescinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s),  attorney for the debtor(s),  trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

Entered:      August 14, 2014

*/s/ Paul M. Black*

**PAUL M. BLACK, JUDGE**