August 19, 2014

RECEIVED AND FILED
AT ROANOKE VIRGINIA

2014 AUG 20  A 9: 13

The Honorable Judge Paul Black
Bankruptcy Court For The Western District of Virginia

Reference: Case #14-71033
           Philip B. Groggins

Dear Judge Black:

   I received a dismissal order in today's mail and would like to explain the circumstances surrounding the filing of the required bankruptcy forms. I mailed the Bankruptcy Forms to the Court on July 28, 2014. I received no correspondence from the Court and assumed that everything had been properly submitted. On Friday, August 8, 2014 I received a call from Lisa, who is apparently a Clerk at the Lynchburg Court. Her extension is 6118. She stated that she was calling to tell me that none of the forms were "in the system" and that I needed to get them to the Court as soon as possible, in that the Judge was considering a dismissal of the case. I explained that I had mailed them, and she stated that they had not been entered. I told her that I was at work, but could hand deliver the documents to the Roanoke Court first thing Monday morning. She said that she would leave a note for the Judge.
   I hand delivered the documents to the Clerk's Office on Monday, August 11 at 8:15 AM. They were reviewed, and I was told that there were some documents that were missing. I explained that I did not complete the forms that were not relevant, but was told that they needed to be included. I replied that I would return the following morning and asked that she file the existing forms.
   On my return to work in Daleville, my 1999 Navigator

*began to overheat. I assumed that the thermostat was sticking, and chose to step every 3 to 4 miles to allow the engine to cool. It took me 1 ¾ hours to travel 18 miles, and I was very concerned that I may have damaged the motor. Upon my arrival at work, I called Botetourt Truck and Trailer and asked if they could work on the truck. They told me to drop it off Monday evening and that they would look at it as soon as possible. On Tuesday I was told that the work may not be complete until Thursday, August 14. I called the Court and told them that I was experiencing car problems and would deliver the documents as soon as possible. I also asked if I could fax the documents and they said that faxes were not accepted. I picked up the Navigator on Thursday evening and delivered the remaining documents to the Court on Friday, August 15 at 8:30 AM.*

*As a result of the combination of events that prevented the Bankruptcy Documents from being filed in a timely manner, I respectfully ask the Court to not dismiss the case. I made every effort to file the documents on time but was prevented from doing so as a result of some extraordinary circumstances. I am now in a financial position to pay for my house under the guidelines of the Bankruptcy and would very much like to maintain ownership of the home that my family has occupied for 30 years.*

Sincerely,

Philip B. Groggins

**BOTETOURT TRUCK & TRAILER REPAIR, INC.**
General Repair and Welding • State Inspection
341 Roy Road
Troutville, VA 24175
(540) 992-4704

5859

| | | | | LABOR |
|---|---|---|---|---|
| ADJ BRAKES | ☐ | | | |
| ADJ STEERING | ☐ | | | |
| CHANGE DIFF/TRANS | ☐ | | | |
| CHECK SHOCKS | ☐ | | | |
| ENGINE TUNE UP | ☐ | | | |
| FR END ALIGN | ☐ | | | |
| INSPECTION | ☐ | | | |
| LUBRICATE | ☐ | | | |
| OIL CHANGE | ☐ | | | |
| ROTATE/BAL TIRES | ☐ | | | |

DATE REC'D 8/14/14
NAME McGregg, JS
DATE PROMISED 8/14/14
SAVE PARTS? ☐ YES ☐ NO

**INSTRUCTIONS / AMOUNT**

- replace thermostat + gasket
- refill cooling system
- check + clear codes (engine overtemp)

Thank you

| | AMOUNT |
|---|---|
| PARTS | 57 95 |
| LABOR | 65 00 |
| STORAGE | |
| SUBLET | |
| TOWING | |
| MISC | |
| SUB TOTAL | |
| SALES TAX | 3 07 |
| **TOTAL** | **126 02** |

**PARTS**
ALL PARTS NEW UNLESS OTHERWISE SPECIFIED

| Qty | DESCRIPTION | PRICE |
|---|---|---|
| 1 | thermostat | 13 99 |
| 1 | gasket | 7 99 |
| 3 | antifreeze | 11.99 / 35 97 |

Brought forward
Total Parts
SUBLET
TOTAL

I hereby authorize the above repairs to be done with necessary materials and give my permission to operate the aforementioned vehicle(s) for test and inspection purposes. An express mechanics lien is hereby acknowledged on same vehicle(s) to secure the amount of repairs thereto. I further agree that you will not be held responsible for damage or loss to vehicle(s) in the event of fire, theft, or any other cause beyond your control.

Signature _____ Date _____

A SERVICE FEE OF $ _____ PER DAY WILL BE CHARGED IF VEHICLE IS NOT PICKED UP WITHIN _____ DAYS OF COMPLETION NOTICE.